ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant: Joseph R. Connors

Count I: 21 U.S.C. § 846 - Conspiracy to intentionally distribute and possess with intent to distribute Schedule I and Schedule II Controlled Substances.
PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; at least 4 years supervised release; $100 mandatory special assessment.

Count II: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) & 18 U.S.C. § 2 - Knowingly and intentionally possess with intent to distribute five grams and more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.
PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; at least 4 years supervised release; $100 mandatory special assessment.

Count III: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) & 18 U.S.C. § 2 - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.
PENALTIES: 20 years imprisonment; $1,000,000 fine; supervised release up to life with a mandatory minimum term of 3 years, $100 mandatory special assessment.

Count IV: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) & 18 U.S.C. § 2 - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.
PENALTIES: 20 years imprisonment; $1,000,000 fine; supervised release up to life with a mandatory minimum term of 3 years, $100 mandatory special assessment.

Count V: 18 U.S.C. § 922(g)(1) - Felon in possession of ammunition.
PENALTIES: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.