AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

Joseph Connors

APPEARANCE

CASE NUMBER: CR07-76-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Connors

I certify that I am admitted to practice in this court.

5-23-07
Date

Signature

J. Crowell
Print Name

1993
Bar Number

128 Dorrance St
Address

Prov
City

RI
State

02903
Zip Code

272-6600
Phone Number

274-0175
Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.