AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
MAY 16 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOSEPH R. CONNORS

**WARRANT FOR ARREST**

CASE NUMBER: CR07-76-01S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPH R. CONNORS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE, COCAINE, HEROIN AND MARIJUANA; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE, COCAINE AND HEROIN; FELON IN POSSESSION OF AMMUNITION

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), (b)(1)(B)(C); 18:922(g)(1)

JEANNINE NOEL
Name of Issuing Officer

J. Noel
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

May 16, 2007 PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 05/16/2007 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 05/23/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.